# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| The Cincinnati Casualty Company,  ) | |
|       Plaintiff,  ) | |
| ) | |
|       v.  ) | Case No.   4:13-cv-01508-CEJ |
| ) | |
| Worldwide Recycling Equipment Sales,  ) | |
| LLC, et al.,  ) | |
|       Defendants.  ) | |

## ORDER

On August 2, 2013, the above styled cause was transferred from the Western District of Missouri and assigned a case number for the Eastern Division of the Eastern District of Missouri. Upon closer examination, it has been determined that the case should have been filed as a Northern Division case. Therefore, a Northern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that the case is transferred to the Northern Division and directly assigned to the Honorable Jean C. Hamilton, United States District Judge for consolidation with Case No. 2:13-cv-47 JCH pursuant to Judge Hamilton's Docket Text Order [#22] dated July 17, 2013 in that case.

**IT IS FURTHER ORDERED** that cause number **4:13-cv-01508-CEJ** be administratively closed.

Dated this 6th day of August, 2013.
.

                                      JAMES G. WOODWARD
                                      Clerk of Court


                                      By: /s/Michele Crayton
                                          Deputy In Charge


**In all future documents filed with the Court, please use the following case number:**
**2:13-cv-00072-JCH.**